# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MICHAEL S SMITH, <br> *Plaintiff* <br> v. <br> KENNEWICK POLICE DEPARTMENT, et al., <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 12-CV-5123-CI |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The case is dismissed with prejudice for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice adopting Report and Recomendation.

Date: 08/01/2013

CLERK OF COURT

s/Linda Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk